

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-24-2007

# McCoy v. Miner

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4599

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"McCoy v. Miner" (2007). *2007 Decisions.* Paper 1225.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1225

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

                 **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-4599
_____

REGGIE L. MCCOY

v.

WARDEN JOHNATHAN C. MINER
ATTORNEY GENERAL OF THE UNITED STATES
_____

On Appeal From the United States District Court
For the Middle District of Pennsylvania
(D.C. Civil No.  06-cv-01831)
District Judge: Honorable William W. Caldwell
_____

Submitted For Possible Summary Action
Under Third Circuit LAR 27.4 and I.O.P. 10.6
April 5, 2007

Before:   BARRY, AMBRO and FISHER, <u>Circuit Judges</u>

(Filed: April 24, 2006)

_____

OPINION
_____

PER CURIAM

   Reggie L. McCoy, an inmate at United States Penitentiary in Allenwood,

Pennsylvania, was convicted in the Middle District of Florida on two counts of

conspiracy to possess and attempted possession of narcotics.  After failing at multiple

attempts to obtain relief within the Eleventh Circuit, McCoy filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the District Court for the Middle District of Pennsylvania challenging the indictment and the use of prior convictions for sentencing enhancement. The District Court dismissed the petition for lack of jurisdiction. Appellees have filed a motion for summary action, and McCoy filed an opposition to summary action.

We agree with the District Court, for the reasons stated in its opinion dated October 24, 2006, that McCoy is challenging his conviction and thus may not proceed under 28 U.S.C. § 2241. See 28 U.S.C. § 2255; Okereke v. United States, 307 F.3d 117, 120 (3d Cir. 2002); see also United States v. Cotton, 535 U.S. 625, 630-31 (2002) (holding that indictment defects are not jurisdictional).

Accordingly, as there is no substantial question presented by this appeal, we will summarily affirm. Third Circuit LAR 27.4; Third Circuit I.O.P. 10.6. McCoy's motion for a temporary restraining order and "application for enforcement of an order to answer" dated November 7, 2006 are denied as moot. McCoy's "application for enforcement of an order answer" dated December 19, 2006 is denied as there is no appeal of his inmate custody classification before the Court.